Sophie C. Zinovoy, Respondent, v. Minnie Lieberman, Individually, as Administratrix of the Estate of David H. Lieberman, Deceased, etc., Appellant.

Submitted January 10, 1938; decided January 18, 1938.

*David Haar* and *Robert H. Epstein* for motion.

*Robert Daru, Maurice Hellman* and *Louis H. Levin* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.   (See 277 N. Y. 652.)